**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

FILED

04 MAR 31  AM 8: 38

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ROBERT QUICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 02-S-1045-E |
| | ) | |
| WARDEN MARTHA JORDAN, | ) | |
| | ) | |
| Respondent. | ) | |

ENTERED

MAR 3 1 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 30th day of March, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

16